UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTIAN ROMERO and SYDNEY
SORENSON, his spouse,

    Plaintiffs,

v.                                            CASE NO. 2:24-CV-819-JLB-KCD

FOUR SEASONS HOTELS LIMITED
CORPORATION, a Foreign
Corporation, FOUR SEASONS
RESORT NEVIS, a Foreign
Corporation, and XYZ
CORPORATION,

    Defendants.

_____

**UNOPPOSED MOTION TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFFS**

COMES NOW, the undersigned counsel, Trevor G. Hawes, Esquire, and the Coker Law Firm proceeding under Local Rule 2.02(c), moves to withdraw from representing Plaintiffs, CHRISTIAN ROMERO and SYDNEY SORENSON in this action and further states:

1. The undersigned attorney and law firm presently represent Plaintiffs, CHRISTIAN ROMERO and SYDNEY SORENSON in the above-referenced premises negligence case.

2. A material and irreconcilable difference has arisen between the undersigned counsel and Plaintiffs.

3. The undersigned counsel request approval from this Court to withdraw as lawyer for CHRISTIAN ROMERO and SYDNEY SORENSON, due to irreconcilable differences that have arisen.  See Rules Regulating the Florida Bar 4-1.16(b)(5).

4. The Plaintiffs CHRISTIAN ROMERO and SYDNEY SORENSON have been provided a copy of this Motion and has notice of this request by Trevor G. Hawes, and Coker Law to withdraw as their lawyer.  See Rules Regulating the Florida Bar 4-1.16(d).

5. The undersigned certifies that the clients consent to the withdrawal.

6. The withdrawal will result in Plaintiffs, CHRISTIAN ROMERO and SYDNEY SORENSON proceeding *pro se*.  The address for service of papers for Plaintiff is 27621 Hacienda Boulevard, #325C, Bonita Springs, FL 34135; cromero0425@gmail.com; sydneysorenson@hotmail.com; 904-421-4084; 239-450-5478.

7. The withdrawal will not result in a continuance of a trial.

### Local Rule 3.01(g) Certification

I have conferred with counsel for the opposing parties and represent that the opposing parties consent to my and my firm's withdrawal as counsel for Plaintiffs.

**COKER LAW**

*/s/Trevor G. Hawes*
**TREVOR G. HAWES, ESQUIRE**
Florida Bar I.D. No.: 521531
P.O. Box 1860
Jacksonville, FL 32201-1860

Telephone: (904) 356-6071
Facsimile: (904) 353-2425
tgh@cokerlaw.com
rlb@cokerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** as a registered participant who utilizes the CM/ECF E-Filing Portal, that a true and correct copy of the foregoing has been filed and furnished electronically to all counsel of record and/or interested parties via the CM/ECF E-Filing Portal to be forwarded on this September 13, 2024 and further certify that a copy of this document has also been served by U.S. Mail Certified, Return Receipt to: Christian Romero and Sydney Romero, 27621 Hacienda Blvd., #325C, Bonita Springs, FL 34135.

**COKER LAW**

*/s/Trevor G. Hawes*
**TREVOR G. HAWES, ESQUIRE**
Florida Bar I.D. No.: 521531
P.O. Box 1860
Jacksonville, FL 32201-1860
Telephone: (904) 356-6071
Facsimile: (904) 353-2425
tgh@cokerlaw.com
rlb@cokerlaw.com