UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTIAN ROMERO and
SYDNEY SORENSON,

    Plaintiffs,

v.                           Case No.:  2:24-cv-819-JLB-KCD

FOUR SEASONS HOTELS
LIMITED CORPORATION, FOUR
SEASONS RESORT NEVIS and
XYZ CORPORATION,

    Defendants.
_____/

## ORDER

Before the Court is the parties' Stipulation for Extension of Time to Respond to the Complaint. (Doc. 12.) Defendant Four Seasons Hotels Limited Corporation requests an indefinite extension of time to respond to the complaint because it is unknown whether Plaintiffs will pursue this case now that they are proceeding *pro se*.[1]

To start, if the parties request relief from the Court, they should file a motion. *See* Local Rule 3.01(a). In any event, an indefinite extension to respond to the complaint is completely unworkable. Attorneys routinely withdraw from

---

[1] The filing further states, "if new counsel is appointed for Plaintiffs, counsel also would want time to become familiar with the case." (Doc. 12 at 2.) The Court notes that counsel is appointed in a civil case only in "exceptional circumstances," and such relief has not been sought here. *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999).

cases, and if the Court allowed indefinite extensions in such circumstances, the wheels of justice would grind to a halt. Thus, the Court grants the alternative approach proposed by counsel (Doc. 12 at 2) and will extend the time for Defendant to respond to the complaint. In the meantime, the Court will allow time for Plaintiffs to retain counsel.

Accordingly, it is **ORDERED**:

1. The Stipulation of Time to Respond to the Complaint (Doc. 12) is **GRANTED IN PART AND DENIED IN PART**. Defendant Four Seasons Hotels Limited Corporation must respond to the complaint by **October 31, 2024**. The stipulation is denied to the extent it seeks any greater or different relief.

2. No later than **October 16, 2024**, Plaintiffs Christian Romero and Sydney Sorenson may retain new counsel and have counsel file a notice of appearance in this case. If no notice is filed, the Court assumes that Plaintiffs intend to proceed *pro se*, which is without the benefit of counsel.

**ORDERED** in Fort Myers, Florida this September 16, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record