UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTIAN ROMERO and
SYDNEY SORENSON,

    Plaintiffs,

v.                                     Case No.:   2:24-cv-819-JLB-KCD

FOUR SEASONS HOTELS
LIMITED CORPORATION, FOUR
SEASONS RESORT NEVIS and
XYZ CORPORATION,

    Defendants.
_____/

## ORDER

Plaintiffs, proceeding without a lawyer, ask the Court to reschedule the Rule 16(c) conference. (Doc. 23.) The motion will be **denied as moot** because the Court will enter a case management and scheduling order instead of holding another hearing. The scheduling order will enter separately, and Plaintiffs must comply with all deadlines. Considering Plaintiff's response (Doc. 23), the order to show cause (Doc. 22) is **discharged**.

**ORDERED** in Fort Myers, Florida on November 25, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record